UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

Case No. 23-cr-20342
Hon. Matthew F. Leitman

v.

BRANDON ISAIAH LLOYD,

       Defendant.
_____/

## ORDER TO SEAL

Brandon Isaiah Lloyd has moved to seal his Sentencing Memorandum and accompanying exhibits. Having been duly advised in the premises and supporting authority;

**IT IS HEREBY ORDERED** that Brandon Isaiah Lloyd's Sentencing Memorandum and accompanying exhibits shall be filed by the Clerk under seal.

                                  s/Matthew F. Leitman
                                  MATTHEW F. LEITMAN
                                  UNITED STATES DISTRICT JUDGE

Dated: February 5, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 5, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
